IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOKE TIONG TAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | NO. 23-4481 |

## ORDER

**NOW**, this 30th day of April, 2024, upon consideration of the Defendant Allstate Vehicle and Property Insurance Company's Motion for Judgment on the Pleadings Pursuant to Rule 12(c) to Plaintiff's Second Amended Complaint (Doc. No. 20), and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.