### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOKE TIONG TAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ALLSTATE INSURANCE COMPANY** | : | **NO. 23-4481** |

### ORDER

**NOW**, this 7th day of November, 2024, upon consideration of defendant Allstate Vehicle and Property Insurance Company's Motion for Summary Judgment (Doc. No. 32), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment is **ENTERED** in favor of the defendant Allstate Insurance Company and against the plaintiff Yoke Tiong Tan.

_____
TIMOTHY J. SAVAGE, J.